IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARGUS SOFTWARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2061 |
| | § | |
| | § | |
| NORDHAM & CO. AB, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 6), this action is dismissed with prejudice.

SIGNED on November 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge